# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELAINE MICKMAN, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-2452 |
| v. | : | |
| SALAMAN, GRAYSON AND HENRY, et al., | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 3rd day of March, 2020, it is **ORDERED** that Plaintiff's Motion to Extend the Time for Appeal (ECF No. 85) is **DENIED** as moot.

    s/ ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies via ECF  03/03/2020